UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81204-Civ-Marra/Johnson

MONICA A. HARMON,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.
_____/

## NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

    Plaintiff, Monica A. Harmon, gives notice of filing a proposed Order Scheduling Mediation in this cause as required by the Court's Scheduling Order (DE 8).

    Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Fax: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81204-Civ-Marra/Johnson

MONICA A. HARMON,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 19, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ernest H. Kohlmyer, III, Esq.
South Milhausen, P.A.
Gateway Center, Suite 1200
1000 Legion Place
Orlando, FL 32801
Telephone: 407-539-1638
Facsimile: 407-539-2679

Via Notices of Electronic Filing generated by CM/ECF