UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81204-Civ-Marra/Johnson

MONICA A. HARMON,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA") and a Dismissal <u>without</u> Prejudice of Plaintiff's claims under the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA"). The parties agreement for settlement of the FDCPA and FCCPA claims requires Defendant to pay Plaintiff's reasonable attorney's fees and costs. If the parties do not resolve the matter of fees and costs by agreement, Plaintiff will file a motion in accordance with Local Rule.

Donald A. Yarbrough, Esq.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida  33339
Telephone: 954-537-2000
Facsimile: 954-566-2235

Ernest H. Kohlmyer, Esq.
Attorney for Defendant
South Milhausen, P.A.
Gateway Center, Suite 1200
1000 Legion Place
Orlando, FL 32801

                                                    Telephone: 407-539-1638
                                                    Facsimile: 407-539-2679

By: /s/ Donald A. Yarbrough       By: /s/ Ernest H. Kohlmyer
Donald A. Yarbrough, Esq.         Ernest H. Kohlmyer, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81204-Civ-Marra/Johnson

MONICA A. HARMON,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 23, 2011,</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ernest H. Kohlmyer, III, Esq.
South Milhausen, P.A.
Gateway Center, Suite 1200
1000 Legion Place
Orlando, FL 32801
Telephone: 407-539-1638
Facsimile: 407-539-2679

<u>Via Notices of Electronic Filing generated by CM/ECF</u>